Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
|---|---|
| MARITZA ROSARIO, Plaintiff, -against- AIG REALTY, INC., ET. AL., Defendants. | INDEX NO.: 07-CV-01522 (AKH) **NOTICE OF APPEARANCE** **ELECTRONICALLY FILED** |

COUNSELOR:

    PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       May 9, 2008

                                            Yours etc.,

                                            McElroy, Deutsch, Mulvaney & Carpenter, LLP

*Attorneys for Defendant  
Ambient Group, Inc.*

By: ___s/ John P. Cookson_____  
      Richard S. Mills (RM-0206)  
      John P. Cookson (JPC-9391)  
      Wall Street Plaza  
      88 Pine Street, 24th Floor  
      New York, New York 10005  
      (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP  
        115 Broadway, 12th Floor  
        New York, New York 10006  
        (212) 267.3700

        Gregory J. Cannata, Esq.  
        Robert A. Grochow, Esq.  
        233 Broadway, 5th Floor  
        New York, New York 10279  
        (212) 553.9206

        James E. Tyrrell, Jr., Esq.  
        Patton Boggs LLP  
        One Riverfront Plaza  
        Newark, New Jersey 07102  
        (973) 848.5600

        Thomas A. Egan, Esq.  
        Fleming Zulack Williamson Zauderer, LLP  
        One Liberty Plaza  
        New York, New York 10006-1404  
        (212) 412.9500

**CERTIFICATION OF SERVICE**

    I hereby certify that on the 9th day of May 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

                                 McElroy, Deutsch, Mulvaney & Carpenter LLP

                                 By:   s/ John P. Cookson
                                      Richard S. Mills (RM-0206)
                                      John P. Cookson (JPC-9391)
                                      *Attorneys for Defendant*
                                      *Ambient Group, Inc.*
                                      Wall Street Plaza
                                      88 Pine Street, 24th Floor
                                      New York, New York 10005
                                      (212) 483-9490